UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEROY BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cv-03875-TWP-MPB |
| ) | |
| ARCHER DANIELS MIDLAND, ) | |
| ) | |
| Defendant. ) | |

**Entry Granting *In Forma Pauperis* Status and Directing Service of Process**

## I. *In Forma Pauperis*

The plaintiff's motion to proceed *in forma pauperis*, dkt. [2], is **granted.** This action has been screened as required by 28 U.S.C. § 1915(e)(2) and shall proceed as submitted.

## II. Service of Process

The clerk is **designated** pursuant to *Fed. R. Civ. P.* 4(c)(3) to issue process to defendant Archer Daniels Midland in the manner specified by *Fed. R. Civ. P.* 4(d). Process shall consist of the complaint (docket 1), applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), and this Entry.

**SO ORDERED.**

Date: 10/30/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

LEROY BAKER
323 East 10th Street
Indianapolis, IN 46202

ARCHER DANIELS MIDLAND
854 Bethel Ave.
Beech Grove, IN 46107